**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

SEP 2 5 2019

CLERK. U S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19CR3604-AJB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| YARILATZY PELAYO ESCOBEDO (02), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐   the Court has dismissed the case for unnecessary delay; or

☐   the Court has granted the motion of the Government for dismissal, without prejudice; or

☐   the Court has granted the motion of the defendant for a judgment of acquittal; or

☐   a jury has been waived, and the Court has found the defendant not guilty; or

☐   the jury has returned its verdict, finding the defendant not guilty;

☒   of the offense(s) as charged in the Information:

21 USC 952, 960 and 18 USC 2 – Importation of Methamphetamine; Aiding & Abetting.

Dated:  9/25/2019

Hon. NATHANAEL M. COUSINS
United States Magistrate Judge